UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61711-CIV-DIMITROULEAS

CONSTANCE F. DUMAS, on behalf of
herself and others similarly situated,

    Plaintiff,

vs.

HINDEN, MCLEAN & ARBEITER, P.A.,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 5], filed herein on September 13, 2019. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 5] is hereby **APPROVED**;

2. This case is **DISMISSED** with prejudice**;**

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida on this 13th day of September, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record